```
                FILED          RECEIVED
                ENTERED        SERVED ON
                         COUNSEL/PARTIES OF RECORD

                    OCT - 6 2010

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
          BY:                            DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:10-CR-0120-ECR-RAM |
| Plaintiff, ) | SEALING ORDER |
| ) | <u>UNDER SEAL</u> |
| v. ) | |
| JAMES MICHAEL McGOWAN, ) | **SEALED** |
| Defendant. ) | |

Based upon the government's motion dated October 6, 2010, to seal in this action the Indictment, the Arrest Warrant, accompanying paperwork (including the "AO" sheet and Grand Jury Return minutes), the government's motion, and this corresponding Order in this action, the reasons provided therein, and good cause showing,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, accompanying paperwork (including the "AO" sheet and Grand Jury Return minutes), the government's motion and this Order ARE HEREBY SEALED in this action until further Order of the Court.

IT IS SO ORDERED.

DATED this 6th day of October, 2010.

_____
HONORABLE VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE