AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of ____NEVADA____

FILED ✓      RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 5 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:10-CR-0120-ECR-RAM |
| | ) | |
| JAMES MICHAEL MCGOWAN | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Bldg.<br>400 S. Virginia Street, Reno, Nevada 89501 | Courtroom No.: | 1 - Fourth Floor |
|---|---|---|---|
| | The Honorable Valerie P. Cooke, U.S. Magistrate Judge | Date and Time: | November 9, 2010 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: ____Nov 5, 2010____

_____
*Judge's signature*

Valerie P. Cooke, U.S. Magistrate Judge
*Printed name and title*